**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**Case No. 2:24-CV-08284-BRM-JBC**

MSCHF PRODUCT STUDIO, INC.,

       Plaintiff,

v.                                    **STIPULATION OF DISMISSAL**

D2 LOGISTICS, INC.,

       Defendant.

_____/

       **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff MSCHF Product Studio, Inc., and Defendant D2 Logistics, Inc., and their counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the parties' settlement agreement (incorporated herein and attached hereto), all claims and defenses are dismissed, and that this action is hereby dismissed in its entirety, without costs or fees to any party.

       The Court shall retain jurisdiction with respect to enforcement of the terms of the settlement agreement.

| | |
|---|---|
| _/s/ Justin Serianni, Esq._ | _/s/ John F. Belcaster_ |
| Ralph P. Ferrara, Esq. | John Belcaster (*pro hac vice*) |
| Justin Serianni, Esq. | MSCHF PRODUCT STUDIO, INC. |
| Ferrara Law Group, P.C. | 62 Bayard Street |
| 1 Holtec Drive, Suite G102 | Brooklyn, NY 11222 |
| Marlton, NJ  08053 | john@mschf.xyz |
| 609.571.3739 (Tel) | *Counsel for MSCHF Product Studio, Inc.* |
| ralph@ferraralawgp.com | |
| *Counsel for Defendant* | |
| *D2 Logistics, Inc. Inc.* | |
| | _/s/ Frank Poe_ |
| | Frank Poe |
| | 54 W. 21st Street, Suite 801 |
| | New York, NY 10010 |
| | FPoe@jayaramlaw.com |
| | *Counsel for MSCHF Product Studio, Inc.* |

3787154.1