UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No. 2:24-CV-08284-BRM-JBC

MSCHF PRODUCT STUDIO, INC.,

        Plaintiff,

v.                                          **STIPULATION OF DISMISSAL**

D2 LOGISTICS, INC.,

        Defendant.

_____/

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff MSCHF

Product Studio, Inc., and Defendant D2 Logistics, Inc., and their counsel, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the parties' settlement

agreement (incorporated herein and attached hereto), all claims and defenses are dismissed, and

that this action is hereby dismissed in its entirety, without costs or fees to any party.

      The Court shall retain jurisdiction with respect to enforcement of the terms of the

settlement agreement.


_/s/ Justin Serianni, Esq._____

Ralph P. Ferrara, Esq.
Justin Serianni, Esq.
Ferrara Law Group, P.C.
1 Holtec Drive, Suite G102
Marlton, NJ 08053
609.571.3739 (Tel)
ralph@ferraralawgp.com
*Counsel for Defendant*
*D2 Logistics, Inc. Inc.*


SO ORDERED:

_____

BRIAN R. MARTINOTTI, USDJ
DATED: DEC. 22, 2025


_/s/ John F. Belcaster_____

John Belcaster (*pro hac vice*)
MSCHF PRODUCT STUDIO, INC.
62 Bayard Street
Brooklyn, NY 11222
john@mschf.xyz
*Counsel for MSCHF Product Studio, Inc.*


_/s/ Frank Poe_____

Frank Poe
54 W. 21st Street, Suite 801
New York, NY 10010
FPoe@jayaramlaw.com
*Counsel for MSCHF Product Studio, Inc.*


3787154.1